**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Vicente LUA–GUTIERREZ,**
**Defendant—Appellant.**

**No. 06–30308.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Robert A. Ellis, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Vicente Lua–Gutierrez appeals from the district court's order reaffirming his sentence following limited remand under *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lua–Gutierrez contends that because he preserved a challenge to sentencing under the mandatory Guidelines, his case should not have been remanded by this Court under the plain error analysis set forth in *Ameline.* We conclude that the district court was bound by this Court's mandate, *see United States v. Perez,* 475 F.3d 1110, 1114 (9th Cir.2007), and therefore did not err in failing to conduct a new sentencing hearing following the determination that it would not have imposed a materially different sentence, *see Ameline,* 409 F.3d at 1084.

We decline to consider Lua–Gutierrez's contention, raised for the first time in his reply brief, that application of law-of-the-case doctrine to this Court's prior order violates due process. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir. 1996).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.